Jack P. Burden, Esq.
Nevada State Bar No. 6918
Xiao Wen Jin, Esq.
Nevada State Bar No. 13901
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*Albertson's LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ALLAN, an individual, | Case No. 2:17-cv-003130-JAD-BNW |
| Plaintiff, | |
| vs. | |
| ALBERTSON'S, LLC, a Domestic Limited-Liability Company; Does I-X; Roe Corporation I-X | |
| Defendants. | |

### JOINT STATUS REPORT RE SETTLEMENT DOCUMENTS

Defendant ALBERTON'S LLC ("Defendant"), by and through its counsel of record, Jack P. Burden, Esq. of Backus, Carranza & Burden, and Plaintiff, NICOLE ALLAN ("Plaintiff") by and through her counsel of record, Matthew G. Pfau, Esq. of Parry & Pfau, hereby submit this Joint Status Report pursuant to Minutes of Proceedings – Settlement Conference [43] hereby submits the following Joint Status Report:

1. **STATUS OF ACTION**

The final settlement documents have not been filed due to the parties awaiting the final Medicare lien/no lien which we hope to finalize in fourteen (14) business days.

1

## 2. ACTION REQUIRED BY COURT

An extension of fourteen (14) business days to submit Dismissal documents is respectfully requested.

DATED: this 23rd day of December, 2019.

**PARRY & PFAU**

Matthew G. Pfau, Esq.
880 Seven Hills Drive #210
Henderson, NV 89052
T: 702.879.9555
F: 702.879-9556
matt@p2lawyers.com
*Attorneys for Plaintiff*

DATED: this 23rd day of December, 2019.

**BACKUS, CARRANZA & BURDEN**

/s/ Jack P. Burden
Jack P. Burden, Esq.
Xiao Wen Jin, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Tel: 702-872-5555
Fax: 702-872-5545
jburden@backuslaw.com
*Attorneys for Defendant*

**IT IS SO ORDERED**

**DATED:** 12/26/19

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**